## Joseph R. Dunn and George Hight, Appellees, v. B. K. Block, trading as The Empire Distillery Company et al., Defendants, on appeal of The Note, Bond & Mortgage Company of New York, Appellant.

### Gen. No. 21,176.    (Not to be reported in full.)

Interlocutory appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed April 28, 1915. Rehearing denied May 12, 1915.

## Statement of the Case.

Action by Joseph R. Dunn and George Hight in the Circuit Court of Cook county against B. K. Block trading as The Empire Distillery Company, The Note, Bond & Mortgage Company of New York, a corporation, and Anton J. Cermak, a bailiff of the Municipal Court of Chicago, on appeal of The Note, Bond &

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Mortgage Company of New York, a corporation, from an interlocutory order of the Circuit Court overruling appellant's motion to dissolve a temporary injunction.

ROSENTHAL & KURZ, for appellant Note, Bond & Mortgage Company.

E. H. WRIGHT and W. G. ANDERSON, for appellees.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 406*—*when burden on transferee to show that he was a holder in due course.* Bill seeking to enjoin the collection of notes by a transferee, alleging that the payee therein secured the execution of the notes upon the agreement that the maker could elect to cancel same if under certain circumstances, within two days after their delivery and, on exercising such election, the payee refused to return the notes, *held* to state facts showing that the payee's title was defective within the meaning of section 55 of the Negotiable Instruments Act (J. & A. ¶ 7694), placing the burden upon the transferee of showing that he was a holder in due course under section 59 of that act (J. & A. ¶ 7698).